**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TRACY HARRIS**                                                                 **PETITIONER**

v.                                                                                **NO. 2:04CV266-M-B**

**STATE OF MISSISSIPPI, ET AL.**                                          **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 31, 2006, and the February 16, 2006, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 31, 2006, is hereby approved and adopted as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

3. That this case is **CLOSED.**

THIS, the 31st day of March, 2006.

                                                             **/s/ Michael P. Mills**
                                                          **UNITED STATES DISTRICT JUDGE**